1  PHILLIP A. TALBERT
   United States Attorney
2  PATRICK J. SUTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559)497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BONNY J. TOOMEY,<br><br>　　　　Defendant and Judgment Debtor. | Case No.: 1:17-MC-00042-EPG<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT (BANK ACCOUNTS)**<br><br>Criminal Case No. 2:96CR00063-EJG |
| AMERICA FIRST CREDIT UNION,<br>(and its Successors and Assignees)<br>　　　　Garnishee. | |

The Court, having reviewed the court files and the United States' Application for Order Terminating Writ of Garnishment for Bank Accounts (the "Application), and finding good cause therefrom, hereby GRANTS the Application. The Writ of Garnishment issued under this miscellaneous case number against Bonny J. Toomey is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B) and this case is hereby CLOSED.

IT IS SO ORDERED.

Dated: **November 29, 2017**　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE